UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LITE SOURCE, INC.,

Plaintiff,

v.

INTERNATIONAL LIGHTING CORP.
D/B/A INTERLIGHT,

Defendant.

CIVIL ACTION NO. 3:12-CV-689-JHM

ELECTRONICALLY FILED

**CONSENT DECREE**

The parties, Plaintiff Lite Source, Inc. ("Lite Source") and Defendant International Lighting Corp., d/b/a Interlight, having agreed to settle this lawsuit rather than proceed with the costs of a trial, and having agreed to the following Consent Decree, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED**:

(1) The Court hereby **PERMANENTLY ENJOINS** and **RESTRAINS** the defendant from reproducing, preparing derivative works, distributing, or publicly displaying – including without limitation display via the internet – any photographic image identified as copyrighted by Lite Source, Inc., or marked with a Lite Source Inc. ("LSI") watermark, whether or not such image has been registered with the Copyright Office.

(2) The Court shall retain jurisdiction for the purposes of enforcing the terms of the Settlement Agreement between the parties dated August 21, 2014.

(3) Except as stated in Paragraph 2, this action is dismissed, with prejudice, with each party to pay its own costs and attorneys' fees.

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

September 3, 2014

HAVE SEEN AND AGREED:

/s/ Lisa C. DeJaco
Lisa C. DeJaco ldejaco@wyattfirm.com
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Suite 2800
Louisville KY 40202
(502) 562-7375

***Counsel for Lite Source, Inc.***

/s/ Jeffrey M. Drake
Jeffrey M. Drake drakej@millercanfield.com
Miller Canfield
225 W. Washington, Suite 2600
Chicago, Illinois 60606
(312) 460-4234

***Counsel for International Lighting Corp.***

61215787.1